UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY C. MOSER,<br><br>            Plaintiff,<br><br>    v.<br><br>NORTH KERN STATE PRISON,<br><br>            Defendant. | 1:14-cv-01351-GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff, a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed this case on August 25, 2014, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) However, plaintiff did not submit his application to proceed in forma pauperis on the form used by this court. Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust statement for the six month period immediately preceding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **September 4, 2014**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE